Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*POP MART Americas Inc.,*
*POP MART (Singapore) Holding Pte. Ltd. and*
*Beijing POP MART Cultural & Creative Co. Ltd.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP MART AMERICAS INC., POP MART (SINGAPORE) HOLDING PTE. LTD. and BEIJING POP MART CULTURAL & CREATIVE CO. LTD, <br><br> *Plaintiffs* <br><br> v. <br><br> ANGEL TOY STORE STORE, ANHUI BLISS INTERNATIONAL TRADE CO.,LTD, AURORA GALAXY (SHENZHEN) CULTURE AND MEDIA CO., LTD., BAODING STAR DREAM GARDEN TRADING CO., LTD., BEIJING PDMTOY TRADING CO., LTD., CHANGSHA SPEED ZEBRA E-COMMERCE CO., LTD., CHANGZHOU CONTERCE GIFTS & CRAFTS CO., L'TD., CHONGQING KALEIDOSCOPE TECHNOLOGY CO., LTD., COLORFUL JOY CASTLE TOY STORE, CRAZE TOY | 25-cv-6629 (AKH) <br><br> ~~[PROPOSED]~~ <br> **UNSEALING ORDER** |

1

STORE, DEQING WINNERS XINXIN TRADING CO., LTD., DONGGUAN CHENMIAO ELECTRONICS CO., LTD., DONGGUAN DEVLLIN CRAFTS CO., LTD ., DONGGUAN HOMI E-COMMERCE CO., LTD., DONGGUAN JIAEN TECHNOLOGY CO., LTD., DONGGUAN MOYU TOYS CO., LTD., DONGGUAN WANGHONG TOYS & GIFTS CO., LTD., DONGGUAN WOODFIELD BABY PRODUCTS COMPANY LIMITED, DONGHAI WISE CRYSTAL JEWELRY CO., LTD., DONGYANG YOUGE TOY FACTORY(INDIVIDUAL BUSINESS), EASYLIVE COMMERCE (GUANGZHOU) CO., LTD., FUZHOU GULOU DISTRICT LUQI ELECTRONIC PRODUCTS FIRM, FUZHOU INTERNET STAR INFORMATION TECHNOLOGY CO., LTD., GBIGL OFFICIAL STORE, GUANGDONG CILY TECHNOLOGY CO., LTD., GUANGXI ORIENTAL BRIGHT TRADING CO., LTD., GUANGXI PEIROU TECHNOLOGY INFORMATION CO., LTD., GUANGZHOU BAOBAO MART TRENDY TOYS CULTURAL CREATIVITY CO., LTD., GUANGZHOU CITY HUANGPU DISTRICT TRANJIA TRADING FIRM (INDIVIDUAL BUSINESS), GUANGZHOU HOUJIANGXI TRADING CO., LTD., GUANGZHOU LABUBU CLOTHING MANUFACTURING CO., LTD., GUANGZHOU LABUBU TRADING CO., LTD., GUANGZHOU XINCHAO TOYS CO., LTD., GUANGZHOU XINHUI INTERNATIONAL TRADING CO., LTD., GUANGZHOU YINGSHUO TECHNOLOGY CO., LTD., GUANGZHOU YUDAREN CROSS BOARDER E-COMMERCE CO., LTD., HANGZHOU RUANLING CULTURE COMMUNICATION CO., LTD., HANGZHOU YIQU UNICORN CULTURE AND CREATIVITY CO., LTD, HEBEI XIONGAN ZANGFENG TRADING CO., LTD., HEFEI YISHUHUAKAI JEWELRY

CO., LTD., HENAN LESHUO CRAFTS CO., LTD., HENAN QUEEN CARD INDUSTRIAL DEVELOPMENT CO., LTD., HENAN SUPER QUEEN GARMENT CO., LTD., HENAN YOKIDS GROUP, HIGH ENERGY SURPRISE BLIND BOX STORE, HK WILLOW LIMITED, HUIZHOU LINDA TOYS CO., LTD., JINHUA WANQUAN DAILY CHEMICAL CO., LTD., JOYLIT INTERNATIONAL LIMITED, JULI QICHUANG TRADING (SHENZHEN) CO., LTD., KUMIKO-SHOP STORE, KUMPA STORE, LABUBU SURPRISE BLIND BOX STORE, LIANJIANG COUNTY JINGJING BU JING E-COMMERCE STORE( INDIVIDUAL BUSINESS), NANJING TONGXINZHIRONG INTERNATIONAL TRADE CO., LTD., ORIENT (SHENZHEN) TRADE CO., LTD., PLUSH TOY (QINGDAO) CO., LTD., PUNING CITY CHIWEI HANGXIANGBIAO TOY FIRM (INDIVIDUAL BUSINESS), QINGDAO UE HOME DESIGN & PRODUCTS CO., LTD., QUANZHOU LUOGANG DISTRICT SHUANGYANG SCREWED TONE DEPARTMENT STORE(INDIVIDUAL BUSINESS), RONGCHENG COUNTY ZHONGZHUO COMMERCIAL STORE, SHANDONG SHINEYOU WOOD INDUSTRY CO., LTD., SHANGHAI BABAILI INFORMATION TECHNOLOGY CO., LTD., SHANTOU CHAOYANG DISTRICT GUIYU YASILIAN KNITTING UNDERWEAR FACTORY (INDIVIDUAL BUSINESS), SHANTOU CHENGHAI PAITE TOYS CO., LTD., SHANTOU YUEQILI TECHNOLOGY CO., LTD., SHENZHEN BANCHONG TECHNOLOGY CO., LTD., SHENZHEN BEISIKE TECHNOLOGY CO., LTD., SHENZHEN BLIND THINKING PAI TOYS CO., LTD., SHENZHEN BLUETENCE INDUSTRIAL CO., LTD, SHENZHEN BOUMATI TRADING CO., LTD., SHENZHEN CHENGXINYUN TECHNOLOGY CO., LTD., SHENZHEN CHUANGZHISHENG

TECHNOLOGY CO., LTD., SHENZHEN CROSSING LIGHT BOAT TECHNOLOGY CO., LTD., SHENZHEN GUANCHENG TRADING CO., LTD., SHENZHEN HENGRUIHE CONSULTING SERVICE CO., LTD., SHENZHEN HONGYI NEW ENERGY TECHNOLOGY CO., LTD, SHENZHEN IBRS INDUSTRIES CO., LTD., SHENZHEN JIONGSHENG INTERNATIONAL TRADE CO., LTD., SHENZHEN JOYFUN TECHNOLOGY CO., LIMITED, SHENZHEN LABUBU TOYS CO., LTD., SHENZHEN LABUBU TRADING CO., LTD., SHENZHEN LABUBU TRADING LIMITED COMPANY, SHENZHEN LANXI TECHNOLOGY CO., LTD., SHENZHEN LONGGANG DISTRICT YIPENGDA TRADING FIRM (INDIVIDUAL BUSINESS), SHENZHEN MINGQUE TIMES INTERNATIONAL TRADE CO., LTD., SHENZHEN MUMINGZHIYUE CULTURE CO., LTD., SHENZHEN NAUGHTY HILL TECHNOLOGY CO., LTD., SHENZHEN NEWSTAR ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN PINSHENG DISPLAY TECHNOLOGY CO., LTD., SHENZHEN PINYU TECHNOLOGY CO., LTD., SHENZHEN PROMOTION GIFTS TRADING CO., LTD., SHENZHEN QIANQU INDUSTRIAL CO., LTD., SHENZHEN QINZHIXIN TECHNOLOGY CO., LTD., SHENZHEN RABBIT CAT TECHNOLOGY CO., LTD., SHENZHEN RNLYEE FASHION GARMENT CO.,LTD., SHENZHEN RUIKELAISI TECHNOLOGY CO., LTD., SHENZHEN SHENMAN TECHNOLOGY CO., LTD., SHENZHEN SHUOYANG CROSS-BORDER E-COMMERCE CO., LTD., SHENZHEN SKY LINK TECHNOLOGY CO., LTD., SHENZHEN STONEWAY TECHNOLOGY CO., LTD., SHENZHEN TUOYI ELECTRONIC COMMERCE CO., LTD., SHENZHEN WALKSTARS TECHNOLOGY CO., LTD., SHENZHEN WEISHICHANG

4

TECHNOLOGY CO., LTD., SHENZHEN XINGHAOSHENG INTERNATIONAL TRADE CO., LTD., SHENZHEN XINGQIONG KUANGXIANG TECHNOLOGY CO., LTD., SHENZHEN XINHONGHAI PACKAGING MATERIALS CO., LTD., SHENZHEN XINHUIYI TECHNOLOGY CO., LTD., SHENZHEN YANDA TONGJI TRADING CO., LTD., SHENZHEN YAOMIAOXIN TECHNOLOGY CO., LTD., SHENZHEN YIHONG BO ELECTRONIC TECHNOLOGY CO,.LTD, SHENZHEN YIMEIJIA IMPORT AND EXPORT TRADING CO., LTD., SHENZHEN YIXINWANG GIFT CO., LTD., SHENZHEN YOUPULE TECHNOLOGY CO., LTD., SHENZHEN YUANYING E-COMMERCE CO., LTD., SHENZHEN YUN QI TECHNOLOGY CO., LTD., SHENZHEN ZEQIAN E-COMMERCE CO., LTD., SHENZHEN ZIYAN FASHION TECHNOLOGY CO., LTD., SHOP1104271587 STORE, SHOP1104816419 STORE, SHOP1104933173 STORE, SUNNYPEAK GLOBAL TRADING CO., LTD., SURPRISE CABIN TOYS STORE, TAIWAN HEN WEI COMPANY, TERRY TECHNOLOGIES(DALIAN)CO., LTD., THREE ANTS (HANGZHOU) SUPPLY CHAIN MANAGEMENT CO., LTD., TIANZHOU TIMES (HENAN) INTERNATIONAL TRADE CO., LTD., TINKER JUNCTION TOYS CO., LTD, ULTRAECOMAT (QINGDAO) CO., LTD., WEIZHIFAN NETWOK TECHNOLOGY (DONGGUAN) CO., LTD., WONDERVILLE INTERNATIONAL SUPPLY CHAIN MANAGEMENT (QINGDAO) CO., LTD., WUHAN BAIJIA SHIRUI TRADING CO., LTD., WUHAN JIANTU E-COMMERCE CO., LTD., WUXI CHAO XI CROSS-BORDER E-COMMERCE CO., LTD., XIAMEN OFUN TECHNOLOGY CO., LTD., XI'AN

SIHANGDA INTERNATIONAL TRADE CO., LTD., XINGGUI (YIWU) TRADING CO., LTD., XINYU XUCAI TRADING CO., LTD., YANGZHOU MAIYOUTU CRAFTS CO., LTD., YIWU AILU CULTURE CREATIVITY STUDIO, YIWU ALTA INTERNATIONAL TRADE CO., LTD., YIWU ANCHUANG TRADE CO., LTD., YIWU BAIGE CRAFTS CO., LTD., YIWU BEIYU HOUSEHOLD PRODUCTS CO., LTD., YIWU BILAN CRAFTS CO., LTD., YIWU CITY AMI TOYS CO., LTD., YIWU DAIYINGSHI TRADING CO., LTD., YIWU DAYEZI JEWELRY CO., LTD., YIWU ECHO TRADE CO., LTD., YIWU FANGE E-COMMERCE FIRM, YIWU GENGRUI TRADING CO., LTD., YIWU HUAJING TRADING CO., LTD., YIWU HUANJI E-COMMERCE FIRM (INDIVIDUAL BUSINESS), YIWU JIMEN TOYS CO., LTD., YIWU JINGQIU TOYS CO., LTD., YIWU KERUI CLOTHING CO., LTD., YIWU KUBEI CULTURAL AND CREATIVE CO., LTD., YIWU LAJIE E-COMMERCE FIRM(INDIVIDUAL BUSINESS), YIWU LEYING BAGS CO., LTD., YIWU LILANG CRAFTS CO., LTD., YIWU LUCKY STAR CRAFTS CO., LTD., YIWU LUWEI TRADING FIRM, YIWU LUXI TRADING CO., LTD., YIWU PIXEL DAILY NECESSITIES CO., LTD., YIWU QINCHI LUGGAGE CO., LTD., YIWU QINGXU COSMETICS CO., LTD., YIWU QIXI TOYS CO., LTD., YIWU RONGCAN CRAFTS CO., LTD., YIWU RONGJI JEWELRY CO., LTD., YIWU RONGYUE TOYS CO., LTD., YIWU SILVER JEWELRY CO., LTD., YIWU WANGZONE E-COMMERCE FIRM, YIWU XINGQI IMPORT & EXPORT CO., LTD., YIWU XINGYI IMPORT AND EXPORT CO., LTD., YIWU XIONGXI E-COMMERCE FIRM (INDIVIDUAL BUSINESS), YIWU YIMU TRADING CO., LTD., YIWU YIXUAN TRADING CO., LTD., YIWU ZHAOKUO TRADING CO., LTD, YIWU

ZHENWAN E-COMMERCE CO., LTD.,
YULIN YUZHOU DISTRICT COLORFUL
CLOTHING STORE, ZHEJIANG
MULTISTAY INDUSTRY CO., LTD,
ZHENGZHOU PLAYFUL CULTURE AND
CREATIVITY CO., LTD., ZHENGZHOU
QIMENG WANQU CROSS BORDER E-
COMMERCE CO., LTD., ZHENGZHOU
REFUSES TO DEFINE CULTURAL
CREATIVITY CO., LTD., ZHENGZHOU
XUANLANG INTELLIGENT
TECHNOLOGY CO., LTD., ZHENGZHOU
YAOZHONG NETWORK TECHNOLOGY
CO., LTD., ZHENGZHOU YUHONG
GUOCHUANG TRADING CO., LTD.,
ZHONGSHAN AUMETER TECHNOLOGY
CO., LTD. and ZIZAIXING (SHENZHEN)
TECHNOLOGY CO., LTD.,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED:**

SIGNED this ____ day of _____, 2025, at ____ _.m.
New York, New York

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

8