UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
POP MART AMERICAS ET AL,

                              Plaintiffs,

     -against-

ANGEL TOY STORE STORE ET AL,

                            Defendants.
-------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

25 Civ. 6629 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court held a preliminary injunction hearing on September 8, 2025. Plaintiffs shall file a status letter and any appropriate motions by November 7, 2025.

        SO ORDERED.

Dated:     September 9, 2025                       /s/ Alvin K. Hellerstein
             New York, New York              ALVIN K. HELLERSTEIN
                                                             United States District Judge