Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*POP MART Americas Inc.,*
*POP MART (Singapore) Holding Pte. Ltd. and*
*Beijing POP MART Cultural & Creative Co. Ltd.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2025
```

DOC # 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP MART AMERICAS INC., POP MART (SINGAPORE) HOLDING PTE. LTD. and BEIJING POP MART CULTURAL & CREATIVE CO. LTD, <br><br> *Plaintiffs* <br><br> v. <br><br> ANGEL TOY STORE STORE, ANHUI BLISS INTERNATIONAL TRADE CO.,LTD, AURORA GALAXY (SHENZHEN) CULTURE AND MEDIA CO., LTD., BAODING STAR DREAM GARDEN TRADING CO., LTD., BEIJING PDMTOY TRADING CO., LTD., CHANGSHA SPEED ZEBRA E-COMMERCE CO., LTD., CHANGZHOU CONTERCE GIFTS & CRAFTS CO., LTD., CHONGQING KALEIDOSCOPE TECHNOLOGY CO., LTD., COLORFUL JOY CASTLE TOY STORE, CRAZE TOY STORE, DEQING WINNERS XINXIN TRADING CO., LTD., DONGGUAN CHENMIAO ELECTRONICS CO., LTD., DONGGUAN DEVLLIN | MISCELLANEOUS ACTION NO. 25-mc-337 <br><br> ORDER TEMPORARILY SEALING FILE <br><br> FILED UNDER SEAL |

CRAFTS CO., LTD ., DONGGUAN HOMI E-COMMERCE CO., LTD., DONGGUAN JIAEN TECHNOLOGY CO., LTD., DONGGUAN MOYU TOYS CO., LTD., DONGGUAN WANGHONG TOYS & GIFTS CO., LTD., DONGGUAN WOODFIELD BABY PRODUCTS COMPANY LIMITED, DONGHAI WISE CRYSTAL JEWELRY CO., LTD., DONGYANG YOUGE TOY FACTORY(INDIVIDUAL BUSINESS), EASYLIVE COMMERCE (GUANGZHOU) CO., LTD., FUZHOU GULOU DISTRICT LUQI ELECTRONIC PRODUCTS FIRM, FUZHOU INTERNET STAR INFORMATION TECHNOLOGY CO., LTD., GBIGL OFFICIAL STORE, GUANGDONG CILY TECHNOLOGY CO., LTD., GUANGXI ORIENTAL BRIGHT TRADING CO., LTD., GUANGXI PEIROU TECHNOLOGY INFORMATION CO., LTD., GUANGZHOU BAOBAO MART TRENDY TOYS CULTURAL CREATIVITY CO., LTD., GUANGZHOU CITY HUANGPU DISTRICT TRANJIA TRADING FIRM (INDIVIDUAL BUSINESS), GUANGZHOU HOUJIANGXI TRADING CO., LTD., GUANGZHOU LABUBU CLOTHING MANUFACTURING CO., LTD., GUANGZHOU LABUBU TRADING CO., LTD., GUANGZHOU XINCHAO TOYS CO., LTD., GUANGZHOU XINHUI INTERNATIONAL TRADING CO., LTD., GUANGZHOU YINGSHUO TECHNOLOGY CO., LTD., GUANGZHOU YUDAREN CROSS BOARDER E-COMMERCE CO., LTD., HANGZHOU RUANLING CULTURE COMMUNICATION CO., LTD., HANGZHOU YIQU UNICORN CULTURE AND CREATIVITY CO., LTD, HEBEI XIONGAN ZANGFENG TRADING CO., LTD., HEFEI YISHUHUAKAI JEWELRY CO., LTD., HENAN LESHUO CRAFTS CO., LTD., HENAN QUEEN CARD INDUSTRIAL DEVELOPMENT CO., LTD., HENAN SUPER QUEEN GARMENT CO., LTD., HENAN YOKIDS GROUP, HIGH ENERGY SURPRISE BLIND BOX STORE, HK WILLOW LIMITED, HUIZHOU LINDA TOYS CO., LTD., JINHUA WANQUAN DAILY CHEMICAL CO., LTD., JOYLIT INTERNATIONAL LIMITED, JULI QICHUANG TRADING (SHENZHEN) CO., LTD., KUMIKO-SHOP STORE, KUMPA STORE, LABUBU SURPRISE BLIND BOX

STORE, LIANJIANG COUNTY JINGJING BU JING E-COMMERCE STORE( INDIVIDUAL BUSINESS), NANJING TONGXINZHIRONG INTERNATIONAL TRADE CO., LTD., ORIENT (SHENZHEN) TRADE CO., LTD., PLUSH TOY (QINGDAO) CO., LTD., PUNING CITY CHIWEI HANGXIANGBIAO TOY FIRM (INDIVIDUAL BUSINESS), QINGDAO UE HOME DESIGN & PRODUCTS CO., LTD., QUANZHOU LUOGANG DISTRICT SHUANGYANG SCREWED TONE DEPARTMENT STORE(INDIVIDUAL BUSINESS), RONGCHENG COUNTY ZHONGZHUO COMMERCIAL STORE, SHANDONG SHINEYOU WOOD INDUSTRY CO., LTD., SHANGHAI BABAILI INFORMATION TECHNOLOGY CO., LTD., SHANTOU CHAOYANG DISTRICT GUIYU YASILIAN KNITTING UNDERWEAR FACTORY (INDIVIDUAL BUSINESS), SHANTOU CHENGHAI PAITE TOYS CO., LTD., SHANTOU YUEQILI TECHNOLOGY CO., LTD., SHENZHEN BANCHONG TECHNOLOGY CO., LTD., SHENZHEN BEISIKE TECHNOLOGY CO., LTD., SHENZHEN BLIND THINKING PAI TOYS CO., LTD., SHENZHEN BLUETENCE INDUSTRIAL CO., LTD, SHENZHEN BOUMATI TRADING CO., LTD., SHENZHEN CHENGXINYUN TECHNOLOGY CO., LTD., SHENZHEN CHUANGZHISHENG TECHNOLOGY CO., LTD., SHENZHEN CROSSING LIGHT BOAT TECHNOLOGY CO., LTD., SHENZHEN GUANCHENG TRADING CO., LTD., SHENZHEN HENGRUIHE CONSULTING SERVICE CO., LTD., SHENZHEN HONGYI NEW ENERGY TECHNOLOGY CO., LTD, SHENZHEN IBRS INDUSTRIES CO., LTD., SHENZHEN JIONGSHENG INTERNATIONAL TRADE CO., LTD., SHENZHEN JOYFUN TECHNOLOGY CO., LIMITED, SHENZHEN LABUBU TOYS CO., LTD., SHENZHEN LABUBU TRADING CO., LTD., SHENZHEN LABUBU TRADING LIMITED COMPANY, SHENZHEN LANXI TECHNOLOGY CO., LTD., SHENZHEN LONGGANG DISTRICT YIPENGDA TRADING FIRM (INDIVIDUAL BUSINESS), SHENZHEN MINGQUE TIMES INTERNATIONAL TRADE CO., LTD., SHENZHEN MUMINGZHIYUE CULTURE CO., LTD., SHENZHEN NAUGHTY HILL TECHNOLOGY CO.,

LTD., SHENZHEN NEWSTAR ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN PINSHENG DISPLAY TECHNOLOGY CO., LTD., SHENZHEN PINYU TECHNOLOGY CO., LTD., SHENZHEN PROMOTION GIFTS TRADING CO., LTD., SHENZHEN QIANQU INDUSTRIAL CO., LTD., SHENZHEN QINZHIXIN TECHNOLOGY CO., LTD., SHENZHEN RABBIT CAT TECHNOLOGY CO., LTD., SHENZHEN RNLYEE FASHION GARMENT CO.,LTD., SHENZHEN RUIKELAISI TECHNOLOGY CO., LTD., SHENZHEN SHENMAN TECHNOLOGY CO., LTD., SHENZHEN SHUOYANG CROSS-BORDER E-COMMERCE CO., LTD., SHENZHEN SKY LINK TECHNOLOGY CO., LTD., SHENZHEN STONEWAY TECHNOLOGY CO., LTD., SHENZHEN TUOYI ELECTRONIC COMMERCE CO., LTD., SHENZHEN WALKSTARS TECHNOLOGY CO., LTD., SHENZHEN WEISHICHANG TECHNOLOGY CO., LTD., SHENZHEN XINGHAOSHENG INTERNATIONAL TRADE CO., LTD., SHENZHEN XINGQIONG KUANGXIANG TECHNOLOGY CO., LTD., SHENZHEN XINHONGHAI PACKAGING MATERIALS CO., LTD., SHENZHEN XINHUIYI TECHNOLOGY CO., LTD., SHENZHEN YANDA TONGJI TRADING CO., LTD., SHENZHEN YAOMIAOXIN TECHNOLOGY CO., LTD., SHENZHEN YIHONG BO ELECTRONIC TECHNOLOGY CO,.LTD, SHENZHEN YIMEIJIA IMPORT AND EXPORT TRADING CO., LTD., SHENZHEN YIXINWANG GIFT CO., LTD., SHENZHEN YOUPULE TECHNOLOGY CO., LTD., SHENZHEN YUANYING E-COMMERCE CO., LTD., SHENZHEN YUN QI TECHNOLOGY CO., LTD., SHENZHEN ZEQIAN E-COMMERCE CO., LTD., SHENZHEN ZIYAN FASHION TECHNOLOGY CO., LTD., SHOP1104271587 STORE, SHOP1104816419 STORE, SHOP1104933173 STORE, SUNNYPEAK GLOBAL TRADING CO., LTD., SURPRISE CABIN TOYS STORE, TAIWAN HEN WEI COMPANY, TERRY TECHNOLOGIES(DALIAN)CO., LTD., THREE ANTS (HANGZHOU) SUPPLY CHAIN MANAGEMENT CO., LTD., TIANZHOU TIMES (HENAN) INTERNATIONAL TRADE CO., LTD., TINKER JUNCTION TOYS CO., LTD,

ULTRAECOMAT (QINGDAO) CO., LTD., WEIZHIFAN NETWOK TECHNOLOGY (DONGGUAN) CO., LTD., WONDERVILLE INTERNATIONAL SUPPLY CHAIN MANAGEMENT (QINGDAO) CO., LTD., WUHAN BAIJIA SHIRUI TRADING CO., LTD., WUHAN JIANTU E-COMMERCE CO., LTD., WUXI CHAO XI CROSS-BORDER E-COMMERCE CO., LTD., XIAMEN OFUN TECHNOLOGY CO., LTD., XI'AN SIHANGDA INTERNATIONAL TRADE CO., LTD., XINGGUI (YIWU) TRADING CO., LTD., XINYU XUCAI TRADING CO., LTD., YANGZHOU MAIYOUTU CRAFTS CO., LTD., YIWU AILU CULTURE CREATIVITY STUDIO, YIWU ALTA INTERNATIONAL TRADE CO., LTD., YIWU ANCHUANG TRADE CO., LTD., YIWU BAIGE CRAFTS CO., LTD., YIWU BEIYU HOUSEHOLD PRODUCTS CO., LTD., YIWU BILAN CRAFTS CO., LTD., YIWU CITY AMI TOYS CO., LTD., YIWU DAIYINGSHI TRADING CO., LTD., YIWU DAYEZI JEWELRY CO., LTD., YIWU ECHO TRADE CO., LTD., YIWU FANGE E-COMMERCE FIRM, YIWU GENGRUI TRADING CO., LTD., YIWU HUAJING TRADING CO., LTD., YIWU HUANJI E-COMMERCE FIRM (INDIVIDUAL BUSINESS), YIWU JIMEN TOYS CO., LTD., YIWU JINGQIU TOYS CO., LTD., YIWU KERUI CLOTHING CO., LTD., YIWU KUBEI CULTURAL AND CREATIVE CO., LTD., YIWU LAJIE E-COMMERCE FIRM(INDIVIDUAL BUSINESS), YIWU LEYING BAGS CO., LTD., YIWU LILANG CRAFTS CO., LTD., YIWU LUCKY STAR CRAFTS CO., LTD., YIWU LUWEI TRADING FIRM, YIWU LUXI TRADING CO., LTD., YIWU PIXEL DAILY NECESSITIES CO., LTD., YIWU QINCHI LUGGAGE CO., LTD., YIWU QINGXU COSMETICS CO., LTD., YIWU QIXI TOYS CO., LTD., YIWU RONGCAN CRAFTS CO., LTD., YIWU RONGJI JEWELRY CO., LTD., YIWU RONGYUE TOYS CO., LTD., YIWU SILVER JEWELRY CO., LTD., YIWU WANGZONE E-COMMERCE FIRM, YIWU XINGQI IMPORT & EXPORT CO., LTD., YIWU XINGYI IMPORT AND EXPORT CO., LTD., YIWU XIONGXI E-COMMERCE FIRM (INDIVIDUAL BUSINESS), YIWU YIMU TRADING CO., LTD., YIWU YIXUAN TRADING CO., LTD.,

YIWU ZHAOKUO TRADING CO., LTD, YIWU ZHENWAN E-COMMERCE CO., LTD., YULIN YUZHOU DISTRICT COLORFUL CLOTHING STORE, ZHEJIANG MULTISTAY INDUSTRY CO., LTD, ZHENGZHOU PLAYFUL CULTURE AND CREATIVITY CO., LTD., ZHENGZHOU QIMENG WANQU CROSS BORDER E-COMMERCE CO., LTD., ZHENGZHOU REFUSES TO DEFINE CULTURAL CREATIVITY CO., LTD., ZHENGZHOU XUANLANG INTELLIGENT TECHNOLOGY CO., LTD., ZHENGZHOU YAOZHONG NETWORK TECHNOLOGY CO., LTD., ZHENGZHOU YUHONG GUOCHUANG TRADING CO., LTD., ZHONGSHAN AUMETER TECHNOLOGY CO., LTD. and ZIZAIXING (SHENZHEN) TECHNOLOGY CO., LTD.,

*Defendants*

6

On this day, the Court considered Plaintiffs' Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiffs' Complaint and exhibits attached thereto and Plaintiffs' *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Fei Lin and Michael Turitto and exhibits attached thereto under seal until further order by the Court; as demonstrated by the affidavit submitted in support of the application, the risk of dissipation of assets and destruction of evidence is sufficiently great to permit provisional sealing of the records.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiffs with certified copies of any orders entered in this matter while under seal.

SIGNED this 9th day of August, 2025, at 11:57 a.m.

---
UNITED STATES DISTRICT JUDGE
PART I

7