Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*POP MART Americas Inc.,*
*POP MART (Singapore) Holding Pte. Ltd. and*
*Beijing POP MART Cultural & Creative Co. Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP MART AMERICAS INC., POP MART (SINGAPORE) HOLDING PTE. LTD., *et al.* <br><br> *Plaintiff* <br><br> v. <br><br> ANGEL TOY STORE STORE, *et al.* <br><br> *Defendants* | **CIVIL ACTION NO.** <br> **25-cv-6629 (AKH)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs POP MART Americas Inc., *et al.* ("Plaintiffs"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Yangzhou Maiyoutu Crafts Co., Ltd. in the above-

1

captioned action, without prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: September 10, 2025                                    Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:   /s/ Gabriela N. Nastasi
       Gabriela N. Nastasi
       gnastasi@ipcounselors.com
       EPSTEIN DRANGEL LLP
       60 East 42nd Street, Suite 1250
       New York, NY 10165
       Telephone: (212) 292-5390
       Facsimile: (212) 292-5391
       *Attorneys for Plaintiffs*
       *POP MART Americas Inc.,*
       *POP MART (Singapore) Holding Pte.*
       *Ltd. and*
       *Beijing POP MART Cultural &*
       *Creative Co. Ltd.*

**It is so ORDERED.**

Signed at New York, NY on _Sep 11_, 2025.

HON. ALVIN K. HELLERSTEIN
United States District Judge