Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*POP MART Americas Inc.,*
*POP MART (Singapore) Holding Pte. Ltd. and*
*Beijing POP MART Cultural & Creative Co. Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP MART AMERICAS INC., POP MART (SINGAPORE) HOLDING PTE. LTD. AND BEIJING POP MART CULTURAL & CREATIVE CO., <br><br> *Plaintiffs* <br><br> v. <br><br> ANGEL TOY STORE STORE, ANHUI BLISS INTERNATIONAL TRADE CO.,LTD, AURORA GALAXY (SHENZHEN) CULTURE AND MEDIA CO., LTD., BAODING STAR DREAM GARDEN TRADING CO., LTD., BEIJING PDMTOY TRADING CO., LTD., CHANGSHA SPEED ZEBRA E-COMMERCE CO., LTD., CHANGZHOU CONTERCE GIFTS & CRAFTS CO., LTD., CHONGQING KALEIDOSCOPE TECHNOLOGY CO., LTD., COLORFUL JOY CASTLE TOY STORE, CRAZE TOY STORE, DEQING WINNERS XINXIN TRADING CO., LTD., DONGGUAN CHENMIAO ELECTRONICS CO., LTD., DONGGUAN DEVLLIN CRAFTS CO., LTD ., DONGGUAN HOMI E-COMMERCE CO., LTD., DONGGUAN JIAEN | **CIVIL ACTION NO. 25-cv-6629 (AKH)** <br><br> ~~[PROPOSED]~~ <br> **FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER** |

TECHNOLOGY CO., LTD., DONGGUAN MOYU TOYS CO., LTD., DONGGUAN WANGHONG TOYS & GIFTS CO., LTD., DONGGUAN WOODFIELD BABY PRODUCTS COMPANY LIMITED, DONGHAI WISE CRYSTAL JEWELRY CO., LTD., DONGYANG YOUGE TOY FACTORY(INDIVIDUAL BUSINESS), EASYLIVE COMMERCE (GUANGZHOU) CO., LTD., FUZHOU GULOU DISTRICT LUQI ELECTRONIC PRODUCTS FIRM, FUZHOU INTERNET STAR INFORMATION TECHNOLOGY CO., LTD., GBIGL OFFICIAL STORE, GUANGDONG CILY TECHNOLOGY CO., LTD., GUANGXI ORIENTAL BRIGHT TRADING CO., LTD., GUANGXI PEIROU TECHNOLOGY INFORMATION CO., LTD., GUANGZHOU BAOBAO MART TRENDY TOYS CULTURAL CREATIVITY CO., LTD., GUANGZHOU CITY HUANGPU DISTRICT TRANJIA TRADING FIRM (INDIVIDUAL BUSINESS), GUANGZHOU HOUJIANGXI TRADING CO., LTD., GUANGZHOU LABUBU CLOTHING MANUFACTURING CO., LTD., GUANGZHOU LABUBU TRADING CO., LTD., GUANGZHOU XINCHAO TOYS CO., LTD., GUANGZHOU XINHUI INTERNATIONAL TRADING CO., LTD., GUANGZHOU YINGSHUO TECHNOLOGY CO., LTD., GUANGZHOU YUDAREN CROSS BOARDER E-COMMERCE CO., LTD., HANGZHOU RUANLING CULTURE COMMUNICATION CO., LTD., HANGZHOU YIQU UNICORN CULTURE AND CREATIVITY CO., LTD, HEBEI XIONGAN ZANGFENG TRADING CO., LTD., HEFEI YISHUHUAKAI JEWELRY CO., LTD., HENAN LESHUO CRAFTS CO., LTD., HENAN QUEEN CARD INDUSTRIAL DEVELOPMENT CO., LTD., HENAN SUPER QUEEN GARMENT CO., LTD., HENAN YOKIDS GROUP, HIGH ENERGY SURPRISE BLIND BOX STORE, HK WILLOW LIMITED, HUIZHOU LINDA TOYS CO., LTD., JINHUA WANQUAN DAILY CHEMICAL CO., LTD., JOYLIT INTERNATIONAL LIMITED, JULI QICHUANG TRADING (SHENZHEN) CO., LTD., KUMIKO-SHOP STORE, KUMPA STORE, LABUBU SURPRISE BLIND BOX STORE, LIANJIANG COUNTY JINGJING BU JING E-COMMERCE STORE( INDIVIDUAL BUSINESS), NANJING TONGXINZHIRONG INTERNATIONAL TRADE CO., LTD., ORIENT (SHENZHEN) TRADE CO., LTD., PLUSH TOY (QINGDAO) CO., LTD., PUNING CITY

CHIWEI HANGXIANGBIAO TOY FIRM (INDIVIDUAL BUSINESS), QINGDAO UE HOME DESIGN & PRODUCTS CO., LTD., QUANZHOU LUOGANG DISTRICT SHUANGYANG SCREWED TONE DEPARTMENT STORE(INDIVIDUAL BUSINESS), RONGCHENG COUNTY ZHONGZHUO COMMERCIAL STORE, SHANDONG SHINEYOU WOOD INDUSTRY CO., LTD., SHANGHAI BABAILI INFORMATION TECHNOLOGY CO., LTD., SHANTOU CHAOYANG DISTRICT GUIYU YASILIAN KNITTING UNDERWEAR FACTORY (INDIVIDUAL BUSINESS), SHANTOU CHENGHAI PAITE TOYS CO., LTD., SHANTOU YUEQILI TECHNOLOGY CO., LTD., SHENZHEN BANCHONG TECHNOLOGY CO., LTD., SHENZHEN BEISIKE TECHNOLOGY CO., LTD., SHENZHEN BLIND THINKING PAI TOYS CO., LTD., SHENZHEN BLUETENCE INDUSTRIAL CO., LTD, SHENZHEN BOUMATI TRADING CO., LTD., SHENZHEN CHENGXINYUN TECHNOLOGY CO., LTD., SHENZHEN CHUANGZHISHENG TECHNOLOGY CO., LTD., SHENZHEN CROSSING LIGHT BOAT TECHNOLOGY CO., LTD., SHENZHEN GUANCHENG TRADING CO., LTD., SHENZHEN HENGRUIHE CONSULTING SERVICE CO., LTD., SHENZHEN HONGYI NEW ENERGY TECHNOLOGY CO., LTD, SHENZHEN IBRS INDUSTRIES CO., LTD., SHENZHEN JIONGSHENG INTERNATIONAL TRADE CO., LTD., SHENZHEN JOYFUN TECHNOLOGY CO., LIMITED, SHENZHEN LABUBU TOYS CO., LTD., SHENZHEN LABUBU TRADING CO., LTD., SHENZHEN LABUBU TRADING LIMITED COMPANY, SHENZHEN LANXI TECHNOLOGY CO., LTD., SHENZHEN LONGGANG DISTRICT YIPENGDA TRADING FIRM (INDIVIDUAL BUSINESS), SHENZHEN MINGQUE TIMES INTERNATIONAL TRADE CO., LTD., SHENZHEN MUMINGZHIYUE CULTURE CO., LTD., SHENZHEN NAUGHTY HILL TECHNOLOGY CO., LTD., SHENZHEN NEWSTAR ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN PINSHENG DISPLAY TECHNOLOGY CO., LTD., SHENZHEN PINYU TECHNOLOGY CO., LTD., SHENZHEN PROMOTION GIFTS TRADING CO., LTD., SHENZHEN QIANQU INDUSTRIAL CO., LTD., SHENZHEN QINZHIXIN TECHNOLOGY CO., LTD., SHENZHEN RABBIT CAT TECHNOLOGY CO., LTD., SHENZHEN RNLYEE FASHION GARMENT CO.,LTD.,

SHENZHEN RUIKELAISI TECHNOLOGY CO., LTD., SHENZHEN SHENMAN TECHNOLOGY CO., LTD., SHENZHEN SHUOYANG CROSS-BORDER E-COMMERCE CO., LTD., SHENZHEN SKY LINK TECHNOLOGY CO., LTD., SHENZHEN STONEWAY TECHNOLOGY CO., LTD., SHENZHEN TUOYI ELECTRONIC COMMERCE CO., LTD., SHENZHEN WALKSTARS TECHNOLOGY CO., LTD., SHENZHEN WEISHICHANG TECHNOLOGY CO., LTD., SHENZHEN XINGHAOSHENG INTERNATIONAL TRADE CO., LTD., SHENZHEN XINGQIONG KUANGXIANG TECHNOLOGY CO., LTD., SHENZHEN XINHONGHAI PACKAGING MATERIALS CO., LTD., SHENZHEN XINHUIYI TECHNOLOGY CO., LTD., SHENZHEN YANDA TONGJI TRADING CO., LTD., SHENZHEN YAOMIAOXIN TECHNOLOGY CO., LTD., SHENZHEN YIHONG BO ELECTRONIC TECHNOLOGY CO,.LTD, SHENZHEN YIMEIJIA IMPORT AND EXPORT TRADING CO., LTD., SHENZHEN YIXINWANG GIFT CO., LTD., SHENZHEN YOUPULE TECHNOLOGY CO., LTD., SHENZHEN YUANYING E-COMMERCE CO., LTD., SHENZHEN YUN QI TECHNOLOGY CO., LTD., SHENZHEN ZEQIAN E-COMMERCE CO., LTD., SHENZHEN ZIYAN FASHION TECHNOLOGY CO., LTD., SHOP1104271587 STORE, SHOP1104816419 STORE, SHOP1104933173 STORE, SUNNYPEAK GLOBAL TRADING CO., LTD., SURPRISE CABIN TOYS STORE, TAIWAN HEN WEI COMPANY, TERRY TECHNOLOGIES(DALIAN)CO., LTD., THREE ANTS (HANGZHOU) SUPPLY CHAIN MANAGEMENT CO., LTD., TIANZHOU TIMES (HENAN) INTERNATIONAL TRADE CO., LTD., TINKER JUNCTION TOYS CO., LTD, ULTRAECOMAT (QINGDAO) CO., LTD., WEIZHIFAN NETWOK TECHNOLOGY (DONGGUAN) CO., LTD., WONDERVILLE INTERNATIONAL SUPPLY CHAIN MANAGEMENT (QINGDAO) CO., LTD., WUHAN BAIJIA SHIRUI TRADING CO., LTD., WUHAN JIANTU E-COMMERCE CO., LTD., WUXI CHAO XI CROSS-BORDER E-COMMERCE CO., LTD., XIAMEN OFUN TECHNOLOGY CO., LTD., XI'AN SIHANGDA INTERNATIONAL TRADE CO., LTD., XINGGUI (YIWU) TRADING CO., LTD., XINYU XUCAI TRADING CO., LTD., YANGZHOU MAIYOUTU CRAFTS CO., LTD., YIWU AILU CULTURE CREATIVITY STUDIO, YIWU ALTA

INTERNATIONAL TRADE CO., LTD., YIWU ANCHUANG TRADE CO., LTD., YIWU BAIGE CRAFTS CO., LTD., YIWU BEIYU HOUSEHOLD PRODUCTS CO., LTD., YIWU BILAN CRAFTS CO., LTD., YIWU CITY AMI TOYS CO., LTD., YIWU DAIYINGSHI TRADING CO., LTD., YIWU DAYEZI JEWELRY CO., LTD., YIWU ECHO TRADE CO., LTD., YIWU FANGE E-COMMERCE FIRM, YIWU GENGRUI TRADING CO., LTD., YIWU HUAJING TRADING CO., LTD., YIWU HUANJI E-COMMERCE FIRM (INDIVIDUAL BUSINESS), YIWU JIMEN TOYS CO., LTD., YIWU JINGQIU TOYS CO., LTD., YIWU KERUI CLOTHING CO., LTD., YIWU KUBEI CULTURAL AND CREATIVE CO., LTD., YIWU LAJIE E-COMMERCE FIRM(INDIVIDUAL BUSINESS), YIWU LEYING BAGS CO., LTD., YIWU LILANG CRAFTS CO., LTD., YIWU LUCKY STAR CRAFTS CO., LTD., YIWU LUWEI TRADING FIRM, YIWU LUXI TRADING CO., LTD., YIWU PIXEL DAILY NECESSITIES CO., LTD., YIWU QINCHI LUGGAGE CO., LTD., YIWU QINGXU COSMETICS CO., LTD., YIWU QIXI TOYS CO., LTD., YIWU RONGCAN CRAFTS CO., LTD., YIWU RONGJI JEWELRY CO., LTD., YIWU RONGYUE TOYS CO., LTD., YIWU SILVER JEWELRY CO., LTD., YIWU WANGZONE E-COMMERCE FIRM, YIWU XINGQI IMPORT & EXPORT CO., LTD., YIWU XINGYI IMPORT AND EXPORT CO., LTD., YIWU XIONGXI E-COMMERCE FIRM (INDIVIDUAL BUSINESS), YIWU YIMU TRADING CO., LTD., YIWU YIXUAN TRADING CO., LTD., YIWU ZHAOKUO TRADING CO., LTD, YIWU ZHENWAN E-COMMERCE CO., LTD., YULIN YUZHOU DISTRICT COLORFUL CLOTHING STORE, ZHEJIANG MULTISTAY INDUSTRY CO., LTD, ZHENGZHOU PLAYFUL CULTURE AND CREATIVITY CO., LTD., ZHENGZHOU QIMENG WANQU CROSS BORDER E-COMMERCE CO., LTD., ZHENGZHOU REFUSES TO DEFINE CULTURAL CREATIVITY CO., LTD., ZHENGZHOU XUANLANG INTELLIGENT TECHNOLOGY CO., LTD., ZHENGZHOU YAOZHONG NETWORK TECHNOLOGY CO., LTD., ZHENGZHOU YUHONG GUOCHUANG TRADING CO., LTD., ZHONGSHAN AUMETER TECHNOLOGY CO., LTD. and ZIZAIXING (SHENZHEN) TECHNOLOGY CO., LTD.,

*Defendants*

## GLOSSARY

| Term | Definition | Docket Entry Number |
|------|-----------|---------------------|
| **Plaintiffs or POP MART** | POP MART Americas Inc. ("POP MART Americas"), POP MART (Singapore) Holding Pte. Ltd. ("POP MART Singapore") and Beijing POP MART Cultural & Creative Co., Ltd. ("POP MART Beijing") | N/A |
| **Defendants** | Angel Toy Store Store, Anhui Bliss International Trade Co.,Ltd, Aurora Galaxy (shenzhen) Culture And Media Co., Ltd., Baoding Star Dream Garden Trading Co., Ltd., Beijing PDMTOY Trading Co., LTD., Changsha Speed Zebra E-Commerce Co., Ltd., Changzhou Conterce Gifts & Crafts Co., Ltd., Chongqing Kaleidoscope Technology Co., Ltd., Colorful Joy Castle Toy Store, Craze Toy Store, Deqing Winners Xinxin Trading Co., Ltd., Dongguan Chenmiao Electronics Co., Ltd., Dongguan Devllin Crafts Co., Ltd ., Dongguan Homi E-Commerce Co., Ltd., Dongguan Jiaen Technology Co., Ltd., Dongguan Moyu Toys Co., Ltd., Dongguan Wanghong Toys & Gifts Co., Ltd., Dongguan Woodfield Baby Products Company Limited, Donghai Wise Crystal Jewelry Co., Ltd., Dongyang Youge Toy Factory(Individual Business), Easylive Commerce (Guangzhou) Co., Ltd., Fuzhou Gulou District Luqi Electronic Products Firm, Fuzhou Internet Star Information Technology Co., Ltd., GBIGL Official Store, Guangdong Cily Technology Co., Ltd., Guangxi Oriental Bright Trading Co., Ltd., Guangxi Peirou Technology Information Co., Ltd., Guangzhou Baobao Mart Trendy Toys Cultural Creativity Co., Ltd., Guangzhou City Huangpu District Tranjia Trading Firm (individual Business), Guangzhou Houjiangxi Trading Co., Ltd., Guangzhou Labubu Clothing Manufacturing Co., Ltd., Guangzhou Labubu Trading Co., Ltd., Guangzhou Xinchao Toys Co., Ltd., Guangzhou Xinhui International Trading Co., Ltd., Guangzhou Yingshuo Technology Co., Ltd., Guangzhou Yudaren Cross Boarder E-Commerce Co., Ltd., Hangzhou Ruanling Culture Communication Co., Ltd., Hangzhou Yiqu Unicorn Culture And Creativity Co., Ltd, Hebei Xiongan Zangfeng Trading Co., Ltd., Hefei Yishuhuakai Jewelry Co., Ltd., Henan Leshuo Crafts Co., Ltd., Henan Queen Card Industrial Development Co., Ltd., Henan Super Queen Garment Co., Ltd., Henan Yokids Group, High Energy Surprise Blind Box Store, HK WILLOW LIMITED, Huizhou Linda Toys Co., Ltd., Jinhua Wanquan Daily Chemical Co., Ltd., Joylit International | N/A |

i

Limited, Juli Qichuang Trading (shenzhen) Co., Ltd., Kumiko-shop Store, KUMPA Store, Labubu Surprise Blind Box Store, Lianjiang County Jingjing Bu Jing E-Commerce Store( Individual Business), Nanjing Tongxinzhirong International Trade Co., Ltd., Orient (shenzhen) Trade Co., Ltd., Plush Toy (qingdao) Co., Ltd., Puning City Chiwei Hangxiangbiao Toy Firm (Individual Business), Qingdao Ue Home Design & Products Co., Ltd., Quanzhou Luogang District Shuangyang Screwed Tone Department Store(Individual Business), Rongcheng County Zhongzhuo Commercial Store, Shandong Shineyou Wood Industry Co., Ltd., Shanghai Babaili Information Technology Co., Ltd., Shantou Chaoyang District Guiyu Yasilian Knitting Underwear Factory (individual Business), Shantou Chenghai Paite Toys Co., Ltd., Shantou Yueqili Technology Co., Ltd., Shenzhen Banchong Technology Co., Ltd., Shenzhen Beisike Technology Co., Ltd., Shenzhen Blind Thinking Pai Toys Co., Ltd., Shenzhen Bluetence Industrial Co., Ltd, Shenzhen Boumati Trading Co., Ltd., Shenzhen Chengxinyun Technology Co., Ltd., Shenzhen Chuangzhisheng Technology Co., Ltd., Shenzhen Crossing Light Boat Technology Co., Ltd., Shenzhen Guancheng Trading Co., Ltd., Shenzhen Hengruihe Consulting Service Co., Ltd., Shenzhen Hongyi New Energy Technology Co., Ltd, Shenzhen Ibrs Industries Co., Ltd., Shenzhen Jiongsheng International Trade Co., Ltd., Shenzhen Joyfun Technology Co., Limited, Shenzhen Labubu Toys Co., Ltd., Shenzhen Labubu Trading Co., Ltd., Shenzhen Labubu Trading Limited Company, Shenzhen Lanxi Technology Co., Ltd., Shenzhen Longgang District Yipengda Trading Firm (individual Business), Shenzhen Mingque Times International Trade Co., Ltd., Shenzhen Mumingzhiyue Culture Co., Ltd., Shenzhen Naughty Hill Technology Co., Ltd., Shenzhen Newstar Electronic Technology Co., Ltd., Shenzhen Pinsheng Display Technology Co., Ltd., Shenzhen Pinyu Technology Co., Ltd., Shenzhen Promotion Gifts Trading Co., Ltd., Shenzhen Qianqu Industrial Co., Ltd., Shenzhen Qinzhixin Technology Co., Ltd., Shenzhen Rabbit Cat Technology Co., Ltd., Shenzhen Rnlyee Fashion Garment Co.,ltd., Shenzhen Ruikelaisi Technology Co., Ltd., Shenzhen Shenman Technology Co., Ltd., Shenzhen Shuoyang Cross-Border E-Commerce Co., Ltd., Shenzhen Sky Link Technology Co., Ltd., Shenzhen Stoneway Technology Co., Ltd., Shenzhen Tuoyi Electronic Commerce Co., Ltd., Shenzhen Walkstars Technology Co., Ltd., Shenzhen Weishichang Technology Co., Ltd.,

ii

Shenzhen Xinghaosheng International Trade Co., Ltd., Shenzhen Xingqiong Kuangxiang Technology Co., Ltd., Shenzhen Xinhonghai Packaging Materials Co., Ltd., Shenzhen Xinhuiyi Technology Co., Ltd., Shenzhen Yanda Tongji Trading Co., Ltd., Shenzhen Yaomiaoxin Technology Co., Ltd., Shenzhen Yihong Bo Electronic Technology Co,.Ltd, Shenzhen Yimeijia Import And Export Trading Co., Ltd., Shenzhen Yixinwang Gift Co., Ltd., Shenzhen Youpule Technology Co., Ltd., Shenzhen Yuanying E-Commerce Co., Ltd., Shenzhen Yun Qi Technology Co., Ltd., Shenzhen Zeqian E-Commerce Co., Ltd., Shenzhen Ziyan Fashion Technology Co., Ltd., Shop1104271587 Store, Shop1104816419 Store, Shop1104933173 Store, SunnyPeak Global Trading Co., Ltd., Surprise Cabin Toys Store, Taiwan Hen Wei COMPANY, Terry Technologies(dalian)co., Ltd., Three Ants (hangzhou) Supply Chain Management Co., Ltd., Tianzhou Times (henan) International Trade Co., Ltd., Tinker Junction Toys Co., Ltd, Ultraecomat (qingdao) Co., Ltd., Weizhifan Netwok Technology (dongguan) Co., Ltd., Wonderville International Supply Chain Management (qingdao) Co., Ltd., Wuhan Baijia Shirui Trading Co., Ltd., Wuhan Jiantu E-Commerce Co., Ltd., Wuxi Chao Xi Cross-Border E-Commerce Co., Ltd., Xiamen Ofun Technology Co., Ltd., Xi'an Sihangda International Trade Co., Ltd., Xinggui (yiwu) Trading Co., Ltd., Xinyu Xucai Trading Co., Ltd., Yangzhou Maiyoutu Crafts Co., Ltd., Yiwu Ailu Culture Creativity Studio, Yiwu Alta International Trade Co., Ltd., Yiwu Anchuang Trade Co., Ltd., Yiwu Baige Crafts Co., Ltd., Yiwu Beiyu Household Products Co., Ltd., Yiwu Bilan Crafts Co., Ltd., Yiwu City Ami Toys Co., Ltd., Yiwu Daiyingshi Trading Co., Ltd., Yiwu Dayezi Jewelry Co., Ltd., Yiwu Echo Trade Co., Ltd., Yiwu Fange E-Commerce Firm, Yiwu Gengrui Trading Co., Ltd., Yiwu Huajing Trading Co., Ltd., Yiwu Huanji E-Commerce Firm (individual Business), Yiwu Jimen Toys Co., Ltd., Yiwu Jingqiu Toys Co., Ltd., Yiwu Kerui Clothing Co., Ltd., Yiwu Kubei Cultural And Creative Co., Ltd., Yiwu Lajie E-Commerce Firm(Individual Business), Yiwu Leying Bags Co., Ltd., Yiwu Lilang Crafts Co., Ltd., Yiwu Lucky Star Crafts Co., Ltd., Yiwu Luwei Trading Firm, Yiwu Luxi Trading Co., Ltd., Yiwu Pixel Daily Necessities Co., Ltd., Yiwu Qinchi Luggage Co., Ltd., Yiwu Qingxu Cosmetics Co., Ltd., Yiwu Qixi Toys Co., Ltd., Yiwu Rongcan Crafts Co., Ltd., Yiwu Rongji Jewelry Co., Ltd., Yiwu Rongyue Toys Co., Ltd., Yiwu Silver Jewelry Co., Ltd., Yiwu Wangzone E-Commerce Firm, Yiwu Xingqi Import &

| | | |
|---|---|---|
| | Export Co., Ltd., Yiwu Xingyi Import And Export Co., Ltd., Yiwu Xiongxi E-Commerce Firm (individual Business), Yiwu Yimu Trading Co., Ltd., Yiwu Yixuan Trading Co., Ltd., Yiwu Zhaokuo Trading Co., Ltd, Yiwu Zhenwan E-Commerce Co., Ltd., Yulin Yuzhou District Colorful Clothing Store, Zhejiang Multistay Industry Co., Ltd, Zhengzhou Playful Culture And Creativity Co., Ltd., Zhengzhou Qimeng Wanqu Cross Border E-Commerce Co., Ltd., Zhengzhou Refuses To Define Cultural Creativity Co., Ltd., Zhengzhou Xuanlang Intelligent Technology Co., Ltd., Zhengzhou Yaozhong Network Technology Co., Ltd., Zhengzhou Yuhong Guochuang Trading Co., Ltd., Zhongshan Aumeter Technology Co., Ltd. and Zizaixing (Shenzhen) Technology Co., Ltd. | |
| Defaulting Defendants | Angel Toy Store Store, Aurora Galaxy (shenzhen) Culture And Media Co., Ltd., Baoding Star Dream Garden Trading Co., Ltd., Beijing PDMTOY Trading Co., LTD., Changsha Speed Zebra E-Commerce Co., Ltd., Changzhou Conterce Gifts & Crafts Co., Ltd., Chongqing Kaleidoscope Technology Co., Ltd., Colorful Joy Castle Toy Store, Craze Toy Store, Deqing Winners Xinxin Trading Co., Ltd., Dongguan Chenmiao Electronics Co., Ltd., Dongguan Devllin Crafts Co., Ltd ., Dongguan Homi E-Commerce Co., Ltd., Dongguan Jiaen Technology Co., Ltd., Dongguan Moyu Toys Co., Ltd., Dongguan Wanghong Toys & Gifts Co., Ltd., Dongguan Woodfield Baby Products Company Limited, Dongyang Youge Toy Factory(Individual Business), Easylive Commerce (Guangzhou) Co., Ltd., Fuzhou Gulou District Luqi Electronic Products Firm, Fuzhou Internet Star Information Technology Co., Ltd., GBIGL Official Store, Guangdong Cily Technology Co., Ltd., Guangxi Oriental Bright Trading Co., Ltd., Guangxi Peirou Technology Information Co., Ltd., Guangzhou Baobao Mart Trendy Toys Cultural Creativity Co., Ltd., Guangzhou City Huangpu District Tranjia Trading Firm (individual Business), Guangzhou Houjiangxi Trading Co., Ltd., Guangzhou Labubu Clothing Manufacturing Co., Ltd., Guangzhou Labubu Trading Co., Ltd., Guangzhou Xinchao Toys Co., Ltd., Guangzhou Xinhui International Trading Co., Ltd., Guangzhou Yingshuo Technology Co., Ltd., Guangzhou Yudaren Cross Boarder E-Commerce Co., Ltd., Hangzhou Yiqu Unicorn Culture And Creativity Co., Ltd, Hebei Xiongan Zangfeng Trading Co., Ltd., Hefei Yishuhuakai Jewelry Co., Ltd., Henan Leshuo Crafts Co., Ltd., Henan Queen Card Industrial Development Co., Ltd., Henan Super Queen Garment Co., Ltd., Henan Yokids | N/A |

Group, High Energy Surprise Blind Box Store, HK WILLOW LIMITED, Huizhou Linda Toys Co., Ltd., Jinhua Wanquan Daily Chemical Co., Ltd., Joylit International Limited, Juli Qichuang Trading (shenzhen) Co., Ltd., Kumiko-shop Store, KUMPA Store, Labubu Surprise Blind Box Store, Lianjiang County Jingjing Bu Jing E-Commerce Store( Individual Business), Nanjing Tongxinzhirong International Trade Co., Ltd., Orient (shenzhen) Trade Co., Ltd., Plush Toy (qingdao) Co., Ltd., Puning City Chiwei Hangxiangbiao Toy Firm (Individual Business), Qingdao Ue Home Design & Products Co., Ltd., Quanzhou Luogang District Shuangyang Screwed Tone Department Store(Individual Business), Rongcheng County Zhongzhuo Commercial Store, Shandong Shineyou Wood Industry Co., Ltd., Shanghai Babaili Information Technology Co., Ltd., Shantou Chaoyang District Guiyu Yasilian Knitting Underwear Factory (individual Business), Shantou Chenghai Paite Toys Co., Ltd., Shantou Yueqili Technology Co., Ltd., Shenzhen Banchong Technology Co., Ltd., Shenzhen Beisike Technology Co., Ltd., Shenzhen Blind Thinking Pai Toys Co., Ltd., Shenzhen Bluetence Industrial Co., Ltd, Shenzhen Boumati Trading Co., Ltd., Shenzhen Chengxinyun Technology Co., Ltd., Shenzhen Chuangzhisheng Technology Co., Ltd., Shenzhen Crossing Light Boat Technology Co., Ltd., Shenzhen Guancheng Trading Co., Ltd., Shenzhen Hengruihe Consulting Service Co., Ltd., Shenzhen Hongyi New Energy Technology Co., Ltd, Shenzhen Ibrs Industries Co., Ltd., Shenzhen Jiongsheng International Trade Co., Ltd., Shenzhen Joyfun Technology Co., Limited, Shenzhen Labubu Toys Co., Ltd., Shenzhen Labubu Trading Co., Ltd., Shenzhen Labubu Trading Limited Company, Shenzhen Lanxi Technology Co., Ltd., Shenzhen Longgang District Yipengda Trading Firm (individual Business), Shenzhen Mingque Times International Trade Co., Ltd., Shenzhen Mumingzhiyue Culture Co., Ltd., Shenzhen Naughty Hill Technology Co., Ltd., Shenzhen Newstar Electronic Technology Co., Ltd., Shenzhen Pinsheng Display Technology Co., Ltd., Shenzhen Pinyu Technology Co., Ltd., Shenzhen Promotion Gifts Trading Co., Ltd., Shenzhen Qianqu Industrial Co., Ltd., Shenzhen Qinzhixin Technology Co., Ltd., Shenzhen Rabbit Cat Technology Co., Ltd., Shenzhen Rnlyee Fashion Garment Co.,ltd., Shenzhen Ruikelaisi Technology Co., Ltd., Shenzhen Shenman Technology Co., Ltd., Shenzhen Shuoyang Cross-Border E-Commerce Co., Ltd., Shenzhen Sky Link Technology Co., Ltd., Shenzhen Stoneway

Technology Co., Ltd., Shenzhen Tuoyi Electronic Commerce Co., Ltd., Shenzhen Walkstars Technology Co., Ltd., Shenzhen Weishichang Technology Co., Ltd., Shenzhen Xinghaosheng International Trade Co., Ltd., Shenzhen Xingqiong Kuangxiang Technology Co., Ltd., Shenzhen Xinhonghai Packaging Materials Co., Ltd., Shenzhen Xinhuiyi Technology Co., Ltd., Shenzhen Yanda Tongji Trading Co., Ltd., Shenzhen Yaomiaoxin Technology Co., Ltd., Shenzhen Yihong Bo Electronic Technology Co,.Ltd, Shenzhen Yimeijia Import And Export Trading Co., Ltd., Shenzhen Yixinwang Gift Co., Ltd., Shenzhen Youpule Technology Co., Ltd., Shenzhen Yuanying E-Commerce Co., Ltd., Shenzhen Yun Qi Technology Co., Ltd., Shenzhen Zeqian E-Commerce Co., Ltd., Shenzhen Ziyan Fashion Technology Co., Ltd., Shop1104271587 Store, Shop1104816419 Store, Shop1104933173 Store, SunnyPeak Global Trading Co., Ltd., Surprise Cabin Toys Store, Taiwan Hen Wei COMPANY, Terry Technologies(dalian)co., Ltd., Three Ants (hangzhou) Supply Chain Management Co., Ltd., Tianzhou Times (henan) International Trade Co., Ltd., Tinker Junction Toys Co., Ltd, Ultraecomat (qingdao) Co., Ltd., Weizhifan Netwok Technology (dongguan) Co., Ltd., Wonderville International Supply Chain Management (qingdao) Co., Ltd., Wuhan Baijia Shirui Trading Co., Ltd., Wuhan Jiantu E-Commerce Co., Ltd., Wuxi Chao Xi Cross-Border E-Commerce Co., Ltd., Xiamen Ofun Technology Co., Ltd., Xi'an Sihangda International Trade Co., Ltd., Xinggui (yiwu) Trading Co., Ltd., Xinyu Xucai Trading Co., Ltd., Yiwu Ailu Culture Creativity Studio, Yiwu Alta International Trade Co., Ltd., Yiwu Anchuang Trade Co., Ltd., Yiwu Beiyu Household Products Co., Ltd., Yiwu Bilan Crafts Co., Ltd., Yiwu City Ami Toys Co., Ltd., Yiwu Daiyingshi Trading Co., Ltd., Yiwu Dayezi Jewelry Co., Ltd., Yiwu Echo Trade Co., Ltd., Yiwu Fange E-Commerce Firm, Yiwu Gengrui Trading Co., Ltd., Yiwu Huajing Trading Co., Ltd., Yiwu Huanji E-Commerce Firm (individual Business), Yiwu Jimen Toys Co., Ltd., Yiwu Jingqiu Toys Co., Ltd., Yiwu Kerui Clothing Co., Ltd., Yiwu Kubei Cultural And Creative Co., Ltd., Yiwu Lajie E-Commerce Firm(Individual Business), Yiwu Leying Bags Co., Ltd., Yiwu Lilang Crafts Co., Ltd., Yiwu Lucky Star Crafts Co., Ltd., Yiwu Luwei Trading Firm, Yiwu Luxi Trading Co., Ltd., Yiwu Pixel Daily Necessities Co., Ltd., Yiwu Qinchi Luggage Co., Ltd., Yiwu Qingxu Cosmetics Co., Ltd., Yiwu Qixi Toys Co., Ltd., Yiwu Rongcan Crafts Co., Ltd., Yiwu Rongji Jewelry Co., Ltd., Yiwu Rongyue

| | | |
|---|---|---|
| | Toys Co., Ltd., Yiwu Silver Jewelry Co., Ltd., Yiwu Wangzone E-Commerce Firm, Yiwu Xingqi Import & Export Co., Ltd., Yiwu Xingyi Import And Export Co., Ltd., Yiwu Xiongxi E-Commerce Firm (individual Business), Yiwu Yimu Trading Co., Ltd., Yiwu Yixuan Trading Co., Ltd., Yiwu Zhaokuo Trading Co., Ltd, Yiwu Zhenwan E-Commerce Co., Ltd., Yulin Yuzhou District Colorful Clothing Store, Zhejiang Multistay Industry Co., Ltd, Zhengzhou Playful Culture And Creativity Co., Ltd., Zhengzhou Qimeng Wanqu Cross Border E-Commerce Co., Ltd., Zhengzhou Refuses To Define Cultural Creativity Co., Ltd., Zhengzhou Xuanlang Intelligent Technology Co., Ltd., Zhengzhou Yaozhong Network Technology Co., Ltd., Zhengzhou Yuhong Guochuang Trading Co., Ltd., Zhongshan Aumeter Technology Co., Ltd. and Zizaixing (Shenzhen) Technology Co., Ltd. | |
| Alibaba | Alibaba.com Singapore E-Commerce Pte. Ltd. and/or any other entity that owns and/or operates the Alibaba.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| AliExpress | AliExpress E-Commerce One Pte., Ltd. and/or any other entity that owns and/or operates the AliExpress.com online marketplace platform, which allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| Sealing Order | Order to Seal File entered on August 9, 2025 | 1 |
| Complaint | Plaintiffs' Complaint filed on August 12, 2025 | 7 |
| Epstein Drangel | Epstein Drangel LLP, counsel for Plaintiffs | N/A |
| New York Address | 244 Madison Ave, Suite 411, New York, NY 10016 | N/A |
| TRO Application | Plaintiffs' *ex parte* Application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts (as defined *infra*) and Defendants' Assets (as defined *infra*) with the Financial Institutions (as defined *infra*); 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service and 5) an order authorizing expedited discovery filed on August 12, 2025 | 15-16, 34 |
| Lin Dec. | Declaration of Fei Lin in Support of Plaintiffs' Application | 34 |

| | | |
|---|---|---|
| **Turitto Dec.** | Declaration of Michael Turitto in Support of Plaintiffs' Application | 16 |
| **TRO** | 1) Temporary Restraining Order; 2) Order Restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; 4) Order Authorizing Bifurcated and Alternative Service; and 5) Order Authorizing Expedited Discovery entered on August 13, 2025 | 20 |
| **PI Order** | The Preliminary Injunction Order entered on September 8, 2025 | 4 |
| **LABUBU Products** | Elf-like figures with mischievous looks that come in a variety of shapes, sizes, colors and styles, such as keychains, plush dolls, and accessories, originating from POP MART's collectible series, "THE MONSTERS" | N/A |
| **LABUBU Registrations** | U.S. Trademark Registration Nos.: 6,592,820 for " **POP MART** " for a variety of goods in Class 28; <br><br> 7,839,156 for " THE MONSTERS " for a variety of goods in Class 28; and 7,839,144 for "LABUBU" for a variety of goods in Class 28 | N/A |
| **LABUBU Application** | U.S. Application No: 79/402,363 for "POP MART" for a variety of goods in Classes 14 and 25 | N/A |
| **LABUBU Marks** | The marks covered by the LABUBU Registrations and LABUBU Application | N/A |
| **LABUBU Works** | The works covered by the U.S. Copyright registrations listed in Exhibit D to the Complaint | N/A |
| **Counterfeit or Infringing Products** | Products bearing or used in connection with the LABUBU Marks and/or LABUBU Works, and/or products in packaging and/or containing labels bearing the LABUBU Marks and/or LABUBU Works, and/or bearing or used in connection with marks and/or artwork that are confusingly and/or substantially similar to the LABUBU Marks and/or LABABU Works, and/or products that are identical or confusingly similar to LABUBU Products | N/A |
| **Infringing Listings** | Defendants' listings for Counterfeit Products | N/A |
| **User Accounts** | Any and all websites and any and all accounts with online marketplace platforms such as Alibaba, as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, | N/A |

| | servants and all persons in active concert or participation with any of them | |
|---|---|---|
| **Merchant Storefronts** | Any and all User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in Counterfeit Products, which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Defendants' Assets** | Any and all money, securities or other property or assets of Defendants (whether said assets are located in the U.S. or abroad) | N/A |
| **Defendants' Financial Accounts** | Any and all financial accounts associated with or utilized by any Defendants or any Defendants' User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) | N/A |
| **Financial Institutions** | PayPal Inc. ("PayPal"), Payoneer Inc. ("Payoneer"), the Alibaba Group d/b/a Alibaba.com payment services (e.g., Alipay.com Co., Ltd., Ant Financial Services Group) ("Alipay") and PingPong Global Solutions, Inc. ("PingPong") | N/A |
| **Third Party Service Providers** | Online marketplace platforms, including, without limitation, Alibaba and/or AliExpress, as well as any and all as yet undiscovered online marketplace platforms and/or entities through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, make, use, offer for sale, sell and/or otherwise deal in Counterfeit Products which are hereinafter identified as a result of any order entered in this action, or otherwise | N/A |
| **Plaintiffs' Motion for Default Judgment** | Plaintiffs' Motion for Default Judgment and a Permanent Injunction Against Defaulting Defendants filed on December 15, 2025 | TBD |
| **Nastasi Aff.** | Affidavit by Gabriela N. Nastasi in Support of Plaintiffs' Motion for Default Judgment | TBD |

This matter comes before the Court by motion filed by Plaintiffs for the entry of final judgment and permanent injunction by default against Defaulting Defendants for Defaulting Defendants' trademark infringement, trademark counterfeiting, false designation of origin, passing off and unfair competition and related state and common law claims arising out of Defaulting Defendants' unauthorized use of Plaintiffs' LABUBU Marks and/or LABUBU Works, without limitation, in their manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying or offering for sale and/or selling and/or sale of Counterfeit Products.[1]

The Court, having considered the Memorandum of Law and Affidavit of Gabriela N. Nastasi in support of Plaintiffs' Motion for Default Judgment, the Certificate of Service of the Summons and Complaint, the Certificate of the Clerk of the Court stating that no answer has been filed in the instant action, and upon all other pleadings and papers on file in this action, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## I. Defaulting Defendants' Liability

1) Judgment is granted in favor of Plaintiffs as to the First and Second Causes of Action pleaded in the Complaint (trademark counterfeiting and trademark infringement).

## II. Damages Awards

1) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that because it would serve both the compensatory and punitive purposes of the Lanham Act's prohibitions on trademark counterfeiting and infringement, and because Plaintiffs have sufficiently set forth the basis for the statutory damages award requested in its Motion for Default Judgment, the Court finds such an award to be reasonable and Plaintiffs are awarded Fifty Thousand U.S. Dollars ($50,000.00) in statutory damages against each of the one hundred and eighty-four (184)

---

[1] Where a defined term is referenced herein and not defined herein, the defined term should be understood as it is defined in the Glossary.

1

Defaulting Defendants pursuant to Section 15 U.S.C. § 1117(c) of the Lanham Act, plus post-judgment interest.

### III.   Permanent Injunction

1) IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Defaulting Defendants, their respective officers, agents, servants, employees, successors and assigns and all persons acting in concert with or under the direction of Defaulting Defendants (regardless of whether located in the United States or abroad), who receive actual notice of this Order are permanently enjoined and restrained from:

A.  manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in Counterfeit Products or any other products bearing the LABUBU Marks and/or LABUBU Works and/or marks and/or artwork that are confusingly or substantially similar to, identical to and constitute a counterfeiting and/or infringement of the LABUBU Marks and/or LABUBU Works;

B.  operation of Defendants' User Accounts and Defendants' Merchant Storefronts, including, without limitation, continued operation of Defendants' User Accounts and Merchant Storefronts in violation of this Order;

C.  directly or indirectly infringing in any manner Plaintiffs' LABUBU Marks and/or LABUBU Works;

D.  using any reproduction, counterfeit, copy or colorable imitation of Plaintiffs' LABUBU Marks and/or LABUBU Works to identify any goods or services not authorized by Plaintiffs;

E.  using Plaintiffs' LABUBU Marks and/or LABUBU Works or any other marks and/or artwork that are confusingly or substantially similar to the LABUBU Marks and/or

2

LABUBU Works on or in connection with Defendants' manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in Counterfeit Products;

F. using any false designation of origin or false description, or engaging in any action which is likely to cause confusion, cause mistake and/or to deceive members of the trade and/or the public as to the affiliation, connection or association of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold by Defendants with Plaintiffs, and/or as to the origin, sponsorship or approval of any product manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale or sold by Defendants and Defendants' commercial activities and Plaintiffs;

G. secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with: (i) Counterfeit Products and/or (ii) any computer files, data, business records, documents or any other records or evidence relating to their User Accounts, Merchant Storefronts or Defendants' Assets and the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products; and

H. effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Account, Merchant Storefront or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order.

3

2)  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defaulting Defendants must deliver up for destruction to Plaintiffs any and all Counterfeit Products and any and all packaging, labels, tags, advertising and promotional materials and any other materials in the possession, custody or control of Defaulting Defendants that infringe any of Plaintiffs' trademarks or other rights including, without limitation, the LABUBU Marks, or bear any marks that are confusingly similar to the LABUBU Marks pursuant to 15 U.S.C. § 1118;

3)  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defaulting Defendants and all persons in active concert and participation with them who receive actual notice of this Order, including Third Party Service Providers and Financial Institutions who satisfy those requirements and are identified in this Order, are permanently enjoined and restrained from:

   A.  secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying Defendants' Assets from or to Defendants' Financial Accounts.

4)  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defaulting Defendants and all persons in active concert and participation with them who receive actual notice of this Order, including Third Party Service Providers who satisfy those requirements and are identified in this Order, are permanently enjoined and restrained from:

   A.  operation of Defaulting Defendants' User Accounts and Merchant Storefronts, including, without limitation, continued operation of Defaulting Defendants' User Accounts and Merchant Storefronts; and

   B.  instructing, aiding, or abetting any other person or business entity to engage in any of the activities referred to in subparagraphs III(1)(A) through III(1)(H), III(3)(A) and III(4)(A) above, including without limitation, by providing services necessary for

4

Defendants to continue operating Defendants' User Accounts and Merchant Storefronts in violation of this Order.

### IV.    Dissolution of Rule 62(a) Stay

1)  IT IS FURTHER ORDERED, as sufficient cause has been shown, the 30-day automatic stay on enforcing Plaintiffs' judgment, pursuant to Fed. R. Civ. Pro. 62(a) is hereby dissolved.

### V.    Miscellaneous Relief

1)  Defaulting Defendants may, upon proper showing and two (2) business days written notice to the Court and Plaintiffs' counsel, appear and move for dissolution or modification of the provisions of this Order;

2)  Any failure by Defaulting Defendants to comply with the terms of this Order shall be deemed contempt of Court, subjecting Defaulting Defendants to contempt remedies to be determined by the Court, including fines and seizure of property;

3)  The Court releases the Ten Thousand U.S. Dollar ($10,000.00) security bond that Plaintiffs submitted in connection with this action to counsel for Plaintiffs, Epstein Drangel, LLP, 60 East 42nd Street, Suite 1250, New York, NY 10165; and

4)  This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

**SO ORDERED.**

SIGNED this ___ day of _____, 202_ at _____ _.m.

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

5